JENNIE KALINOWSKI, Appellant, v. JOSEPH KURTYKA and Others, Respondents.

— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.